**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**FRANKLIN RIVERA-RIVERA,**
**# A 221-486-119** — **PETITIONER**

**VERSUS** — **CIVIL ACTION NO. 5:26cv562-DCB-BWR**

**RAFAEL VERGARA, KRISTI NOEM,**
**TODD LYONS, and FIELD OFFICE**
**DIRECTOR** — **RESPONDENTS**

**ORDER TO SIGN**

Before the Court are *pro se* Petitioner Franklin Rivera-Rivera's Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, Motion for Immediate Release, or, in the Alternative, for a Bond Hearing [2], and Motion to Expedite Consideration of Petition for Writ of Habeas Corpus and Pending Motion [3]. Rivera failed to place his original signature on the documents as required by Rule 11 of the Federal Rules of Civil Procedure. He will be provided an opportunity to correct this deficiency. Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Franklin Rivera-Rivera a copy of the Petition [1], Motion for Immediate Release, or, in the Alternative, for a Bond Hearing [2], and Motion to Expedite Consideration of Petition for Writ of Habeas Corpus and Pending Motion [3], along with a copy of this Order. If Petitioner would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court on or before September 3, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record without further notice to him. *See*, Fed. R. Civ. P. 11(a). Petitioner is also warned that a failure

to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's current address may result in dismissal of this case.

**SO ORDERED**, this the 20th day of August, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE