**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**FRANKLIN RIVERA-RIVERA, PETITIONER**
**# A 221-486-119**

**VERSUS CIVIL ACTION NO. 5:26cv562-DCB-BWR**

**RAFAEL VERGARA, KRISTI NOEM,
TODD LYONS, and FIELD OFFICE
DIRECTOR RESPONDENTS**

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

This matter is before the Court *sua sponte*. *Pro se* Petitioner Franklin Rivera-Rivera filed this Petition for Writ of Habeas Corpus [1, 5] under 28 U.S.C. § 2241. He is an alien detainee in the custody of the Department of Homeland Security, currently housed in the Adams County Correctional Center in Natchez, Mississippi. The Court has considered and liberally construed the pleadings. As set forth below, this case is dismissed.

On June 24, 2026, Petitioner filed the instant habeas Petition. Petitioner maintains that he has been in custody since December 1, 2025 and has been denied a bond hearing. He asks this Court to either grant him a bond hearing or release him from detention.

This is not the first time Petitioner has raised the identical clam. On January 29, 2026, he had filed another habeas action in this Court, styled *Rivera-Rivera v. Vergara*, civil action number 5:26cv34 ("*Rivera I*"). In that action, Petitioner is represented by counsel. *Rivera I* was served on Respondent on February 12, 2026 and is still pending before the undersigned.

A civil action, including a habeas action, may be dismissed if it is duplicative of another action pending in the same court. *Oliney v. Gardner*, 771 F.2d 856, 859 (5th Cir. 1985). *See also*, *Norwood v. United States*, 235 F. App'x 231, 231 (5th Cir. July 24, 2007) (habeas) (citing

*Pittman v. Moore*, 980 F.2d 994, 994-95 (5th Cir. 1993)); *Williams v. Thaler*, No. 3-12-cv-2667-M-BD, 2012 U.S. Dist. LEXIS 135780 at *1-2 (N.D. Tex. Aug. 30, 2012) (habeas). Because the instant Petition challenges the same detention by the Department of Homeland Security and is based on the same facts as the pending case of *Rivera I*, the instant case will be dismissed as duplicative. It is therefore dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, for the reasons stated above, this cause should be and is hereby **DISMISSED WITHOUT PREJUDICE**. A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED**, this the 11 day of September, 2026.

/s/ David C. Bramlette
UNITED STATES DISTRICT JUDGE